**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| BRYAN KAYE,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN HASKINS et al.,<br><br>Defendants. | Case No. 8:26-cv-00831-SSS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge is **ACCEPTED** and **ADOPTED**.

///

///

///

///

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court orders.

Date: October 13, 2026

SUNSHINE SUZANNE SYKES
United States District Judge