JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| BRYAN KAYE,<br>Plaintiff,<br>v.<br>KEVIN HASKINS et al.,<br>Defendants. | Case No. 8:26-cv-00831-SSS-DFM<br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is **DISMISSED WITHOUT PREJUDICE**.

Date: October 13, 2026

SUNSHINE SUZANNE SYKES
United States District Judge